1  KATHLEEN BLISS, ESQ. SB# 7606
   E-mail: kathleen.bliss@lewisbrisbois.com
2  DANIEL HILL, ESQ. SB# 12773
   E-mail: Daniel.hill@lewisbrisbois.com
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
5  Facsimile: (702) 893-3789

6  JOHN KINCHEN, ESQ. Texas State Bar No. 00791027
   E-mail:  jkinchen@hakllp.com
7  Fed. I.D. No. 18184
   Hughes Arrell Kinchen LLP
8  1221 McKinney, Suite 3150
   Houston, TX 77010
9  Telephone:  (713) 403-2064
   Facsimile:  (713) 568-1747
10

11 *Attorneys for defendants Glen
   Cobb, Charles Cobb, Anna Cobb,*
12 *and Monica Namnard*

13

14              **UNITED STATES DISTRICT COURT**

15                **DISTRICT OF NEVADA**

16 UNITED STATES OF AMERICA,            | CASE NO. 2:14-cr-00194-JAD-NJK

17              Plaintiff,              | **DEFENDANTS' EMERGENCY MOTION
                                          TO EXTEND TIME TO COMPLY WITH
18       vs.                             CONDITION OF SUPERVISED
                                          RELEASE**
19 CHARLES COBB, *et. al*,

20              Defendants.

21

22      This is Defendants' EMERGENCY MOTION TO EXTEND TIME for complying with the

23 firearm removal condition of supervised release.  At Defendants' June 12, 2014 initial appearance,

24 Magistrate Hoffman ordered Defendants to remove all guns and dangerous weapons from their

25 homes within 48 hours.  Defendants now respectfully request the Court to extend the gun-removal

26 deadline until and including June 26, 2014.  Defendants further represent that Pretrial Services

27 does not oppose this request.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4848-9049-7563.1

**i.      Nature of the emergency**

As noted above, the current deadline for Defendants to remove all guns from their homes is around 3:00 PM tomorrow.  Accordingly, Defendants request the Court to address this motion for an extension on an emergency basis.

**ii.     Argument**

Courts may amend conditions of supervised release under the Bail Reform Act. *See* 18 U.S.C. § 3142 (c)(3).  Because relocation of Defendants' collectible guns by 3:00 PM tomorrow, June 14, is logistically impossible, Defendants request an extended period of two weeks from their initial appearance in which to remove the guns.  Mr. Cobb is a gun collector, and has dozens of guns stored securely in a number of safes.  Relocation of the guns will require obtaining suitable and adequate space, as well as arranging for specialized moving services for transport of the safes. Accordingly, relocation of the guns by tomorrow is not possible.  Defendants therefore respectfully request until and including June 26, 2014 to relocate the guns.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Defendants again reiterate that Pretrial Services does not oppose this request. Defendants

2  additionally represent that the Government does not oppose an extension of one week, up to and

3  including June 19, 2014.

4  Respectfully submitted this 13th day of June,

5

6  By:  /s/ Kathleen Bliss
7          Kathleen Bliss
          Bar No. 7606
8          Lewis Brisbois Bisgaard & Smith LLP
          6385 S. Rainbow Blvd, Suite 600
9          Las Vegas NV., 89118
          702-693-4336, Ext.: 4336
10

11  By:  /s/ John Kinchen
12          John Kinchen
          State Bar No. 00791027
          Fed. I.D. No. 18184
13          jkinchen@hakllp.com
          Hughes Arrell Kinchen LLP
14          1221 McKinney, Suite 3150
          Houston, TX 77010
15          Telephone: (713) 403-2064
16          Facsimile: (713) 568-1747

17

18  IT IS SO ORDERED that Defendants shall have until June 26, 2014 to comply with the

19  firearms relocation condition of their supervised release.

20  DATED this 13th day of June 2014

21

22  _____

23  U.S. MAGISTRATE JUDGE

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4848-9049-7563.1                                    3

1

## CERTIFICATE OF SERVICE

2

I hereby certify that a true and correct copy of the foregoing:

3

4

**DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME
TO COMPLY WITH CONDITION OF SUPERVISED RELEASE**

5

in sealed district court case 2:14-cv-00781-JAD-VCF, was filed with the clerk of the court on

6

Friday, June 13, 2014, and was served to the following parties via email and hand-delivery on

7

June 13, 2014:

8

9

10

11

12

13

Cristina Silva
Assistant U.S. Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
Cristina.Silva@usdoj.gov

Andrew Duncan
Assistant U.S. Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
Andrew.Duncan@usdoj.gov

14

15

16

17

Terry Wheaton
United States Pretrial Services
333 Las Vegas Boulevard South
Suite 1112
Las Vegas, NV 89101
via facsimile 702-464-5631

18

/s/ Kathleen Bliss
Kathleen Bliss

19

20

21

22

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW