# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-0194-JAD-NJK |
| Plaintiff, ) | ORDER SETTING HEARING |
| vs. ) | |
| CHARLES COBB, et. al, ) | |
| Defendants. ) | |

On June 12, 2014, the Court ordered Defendants and the Government to brief the issue of joint representation of Defendants in this matter. Docket No. 17. *See* Docket Nos. 25, 30, 31. The Court hereby **SETS** a hearing on this matter for July 21, 2014, at 10:00 a.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: July 8, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge