# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00194-JAD-NJK |
| vs. ) | ORDER REGARDING SEALED DOCUMENTS |
| GLEN COBB, et al., ) | |
| Defendants. ) | |

Any party who files a document under seal in this matter must include with the document either a certificate of service certifying that the sealed document has been served on the opposing party or parties, or an affidavit of counsel detailing the reasons the document has not been served on the opposing party or parties. If any documents have been filed under seal to date, the party or parties must file under seal either a certificate of service or an affidavit of counsel for each document, as detailed above, no later than July 28, 2014.

IT IS SO ORDERED.

DATED: July 22, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge