UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLEN COBB, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:14-cr-00194-APG-NJK <br><br> ORDER DENYING MOTION FOR ADDITIONAL TIME FOR MOTIONS FILING <br><br> (Docket No. 42) |

Pending before the Court is the motion for additional time for motions filing filed by Defendants Glen Cobb, Charles Cobb, Anna Cobb and Monica Namnard. Docket No. 42. The Court has considered Defendants' motion and the United States' response. Docket Nos. 42, 68. Defendants did not file a reply. *See* Docket. For the reasons discussed below, the Court hereby **DENIES** the motion for additional time for motions filing as moot.

On July 11, 2014, Defendants filed their motion for additional time for motions filing. Docket No. 42. Defendants ask the Court to extend the deadline to file motions until 14 days after the United States' final discovery production, but do not provide a date certain. *Id.*, at 2. In response, the United States represents that the parties have conferred, and have agreed to submit a stipulation to the Court that would request the Court to extend the motions deadlines. Docket No. 68, at 2.

. . . .

. . . .

. . . .

Accordingly,

As the parties have agreed to submit a stipulation to the Court requesting an extension of the motions deadlines and the parties are in a better position than the Court to select a date certain for the requested deadline extension, Defendants' motion for additional time for motions filing, Docket No. 42, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: August 6, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge