# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00194-APG-NJK |
| vs. | ORDER DENYING MOTION TO DISCLOSE IDENTITY/LOCATION OF INFORMANTS |
| GLEN COBB, et al., | |
| Defendants. | (Docket No. 44) |

Pending before the Court is the motion to disclose identity and location of informants and request for interview with informants and cooperating individuals filed by Defendants Glen Cobb, Charles Cobb, Anna Cobb and Monica Namnard. Docket No. 44. The Court has considered Defendants' motion and the United States' response. Docket Nos. 44, 70. Defendants did not file a reply. *See* Docket. For the reasons discussed below, the Court hereby **DENIES** the motion to disclose identity and location of informants and request for interview with informants and cooperating individuals as moot.

On July 11, 2014, Defendants filed their motion to disclose identity and location of informants and request for interview with informants and cooperating individuals. Docket No. 44. Defendants ask the Court to order the United States to (1) disclose the name and location of any confidential informants; (2) arrange an interview with the confidential informants and any other cooperating individuals; and (3) produce unredacted affidavits in support of the search warrant and seizure warrants. *Id*.

In response, the United States submits that it does not concede it is required to provide the name of the confidential witness; however, it has already provided Defendants with the "name of the

[confidential] witness, FBI reports related to the witness, two recordings with the witness, emails between the witness and FBI agent, and text messages between the FBI agent and witness." Docket No. 70, at 2. the parties have conferred, and have agreed to submit a stipulation to the Court that would request the Court to extend the motions deadlines. Docket No. 68, at 2. Additionally, the United States represents that it has provided Defendants with an un-redacted search warrant affidavit. *Id*., at 2 n.1. The United States submits that it has provided more than discovery regarding this witness than is required under the law, and that it will continue to comply with its discovery obligations if it obtains more material regarding this witness. *Id*., at 3. The United States further submits that Defendants have as much knowledge about how to contact the witness as does the United States, if they desire to interview the witness. *Id*. Therefore, the relief requested by Defendants in their motion has already been provided.

Accordingly,

Defendants' motion to disclose identity and location of informants and request for interview with informants and cooperating individuals, Docket No. 44, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: August 7, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge