**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLEN COBB, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:14-cr-00194-APG-NJK <br><br> ORDER DENYING MOTION TO COMPEL PRESERVATION AND PRODUCTION OF NOTES <br><br> (Docket No. 41) |

Pending before the Court is the motion to compel preservation and production of government officers' notes filed by Defendants Glen Cobb, Charles Cobb, Anna Cobb and Monica Namnard. Docket No. 41.

Local Criminal Rule 16-1(c) states:

> Discovery Disputes. Before filing any motion for discovery, the moving party shall confer with opposing counsel in a good faith effort to resolve the discovery dispute. Any motion for discovery shall contain a statement of counsel for the moving party certifying that, after personal consultation with counsel for the opposing party, counsel has been unable to resolve the dispute without Court action.

LCR 16-1(c). Defendants' motion contains no such certification, and therefore violates this Court's Local Criminal Rule.[1]

---

[1] Indeed, a review of the content of the motion, response and reply (Docket Nos. 41, 67, 41) indicates to the Court that, had the movant conferred with opposing counsel in a good faith effort to resolve the dispute, no need would likely exist for the filing of the instant motion.

Accordingly,

Defendants' motion to compel preservation and production of government officers' notes, Docket No. 41, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 7, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge