UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLEN COBB, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cr-00194-APG-NJK<br><br>ORDER DENYING MOTION FOR TRANSCRIPTION OF GRAND JURY MINUTES<br><br>(Docket No. 46) |

　　　Pending before the Court is the motion for transcription of grand jury minutes filed by Defendants Glen Cobb, Charles Cobb, Anna Cobb and Monica Namnard.  Docket No. 46.  Defendants request transcription and production in discovery of grand jury testimony in this matter.  *Id*., at 2.

　　　Local Criminal Rule 16-1(c) states:

> Discovery Disputes.  Before filing any motion for discovery, the moving party shall confer with opposing counsel in a good faith effort to resolve the discovery dispute.  Any motion for discovery shall contain a statement of counsel for the moving party certifying that, after personal consultation with counsel for the opposing party, counsel has been unable to resolve the dispute without Court action.

LCR 16-1(c). Defendants' motion contains no such certification, and therefore violates this Court's Local Criminal Rule.

. . . .

. . . .

. . . .

. . . .

Case 2:14-cr-00194-RFB-NJK   Document 99   Filed 08/07/14   Page 2 of 2

Accordingly,

Defendants' motion for transcription of grand jury minutes, Docket No. 46, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 7, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge