1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                Plaintiff, ) | Case No. 2:14-cr-00194-APG-NJK |
| vs. ) | ORDER REGARDING MOTION FOR TRANSCRIPTION OF GRAND JURY MINUTES |
| GLEN COBB, et al., ) | |
|             Defendants. ) | (Docket No. 101) |

Pending before the Court is the second motion for transcription of grand jury minutes filed by Defendants Glen Cobb, Charles Cobb, Anna Cobb and Monica Namnard.  Docket No. 101.  The Court denied that motion without prejudice because Defendants fails to comply with Local Criminal Rule 16-1.  Docket No. 99.  In their new motion, Defendants correctly state that the United States responded to their prior motion for transcription of grand jury minutes, and that they replied to the United States' response.  Docket No. 101, at 1-2.  Defendants further state that they "do not anticipate any further briefing will be necessary before the Court rules on this re-filed motion."  *Id.*, at 2.  The Court disagrees.  A response shall be filed, and a reply may be filed, in full compliance with Local Criminal Rule 12-1(a).

IT IS SO ORDERED.

DATED: August 15, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge