1

2

3

4

5

6                               UNITED STATES DISTRICT COURT

7                                     DISTRICT OF NEVADA

8                                             * * *

9   UNITED STATES OF AMERICA,              )
                                           )
10                         Plaintiff,      )        2:14-cr-00194-APG-NJK
                                           )
11                                         )
                                           )
12  vs.                                    )
                                           )
13  GLEN COBB, et al.,                     )            **O R D E R**
                                           )
14                                         )
                                           )
15  _____        )
              Defendants.

16          Before the Court is Defendants' Motion to Suppress Telephonic Communications. The Court

17  hereby SETS an evidentiary hearing solely on the minimization techniques used, and oral argument

18  on that motion, for September 26, 2014, at 11:00 a.m. in Courtroom 3A.

19          IT IS SO ORDERED.

20          DATED: August 27, 2014

21

22

23                                                    _____
                                                      NANCY J. KOPPE
24                                                    United States Magistrate Judge

25

26

27

28