UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GLEN COBB, et al.,<br><br>            Defendants. | 2:14-cr-00194-APG-NJK<br><br>**O R D E R** |

Before the Court is Defendants' Omnibus Motion. Docket No. 49. The Court hereby SETS a hearing for oral argument on Defendants' request for suppression of $3,726,575.12 from the Cobb Irrevocable Trust, for September 26, 2014, at 10:00 a.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: September 22, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge