**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GLEN COBB, CHARLES COBB, ANNA COBB, and MONICA NAMNARD,<br><br>　　　　　　　　　Defendants. | Case No. 2:14-cr-00194-APG-NJK<br><br>**Order Accepting Report and Recommendation**<br><br>(Dkt. ## 132, 143, 144, 145) |

　　　　On December 12, 2014, Magistrate Judge Koppe entered her Report and Recommendation (Dkt. #143) recommending that I deny Defendants Glen Cobb, Charles Cobb, Anna Cobb, and Monica Namnard's Motion to Dismiss Indictment (Dkt. #132).  On January 2, 2015 Defendants filed their objections (Dkt. #144.)  On January 13, 2015, Defendants filed a request for a consolidated evidentiary hearing on all of their pending Objections (Dkt. #145).

　　　　I have reviewed the issues set forth in the Report and Recommendation and Defendants' objections.  I find Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision.  I also find there is no need for an evidentiary hearing on Defendants' pending Objections.  Therefore,

　　　　IT IS ORDERED that Defendants' Objections (Dkt. #144) are OVERRRULED, the Magistrate Judge's Report & Recommendation (Dkt. #143) is ACCEPTED, and Defendants' Motion to Dismiss Indictment (Dkt. #132) is DENIED

　　　　IT IS FURTHER ORDERED that Defendants' request for a consolidated evidentiary hearing (Dkt. #145) is DENIED.

　　　　Dated: February 9, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　	　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE