# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00194-APG-NJK |
| vs. ) | ORDER GRANTING MOTION FOR RETURN OF PROPERTY |
| GLEN COBB, et al., ) | |
| Defendants. ) | (Docket No. 156) |

Pending before the Court is the motion for return of property filed by Defendants Glen Cobb, Charles Cobb, Anna Cobb and Monica Namnard. Docket No. 156. The Court has considered Defendants' motion and the United States' response. Docket Nos. 156, 165. No reply is necessary.

Defendants request, pursuant to Fed.R.Crim.P. 41(g), the return of certain property seized by the government in the instant case. Docket No. 156 at 1. Specifically, Defendants request the return of computer disks containing genealogical information, a VHS tape, and a set of keys to Defendant Glen Cobb's personal safety deposit box at Bank of America. *Id*., at 1, 3.[1] Defendants represent that the requested property is of no evidentiary value to the United States, that none of it is contraband, and that

---

[1] Defendants represent that they attempted, unsuccessfully, to confer with the United States on more than one occasion regarding the requested return of property. Docket No. 156, at 2. In support of this statement, Defendants refer to e-mails that they represent are attached to their motion. *Id*. Defendants, failed, however, to file any attachments to their motion. *See* Docket No. 156.

they are entitled to its lawful possession. *Id.*, at 3.

In response, the United States does not oppose Defendants' motion. Docket No. 165, at 1. Rather, the United States submits that the requested property is in the custody of the Internal Revenue Service. *Id*. The United States submits that Defendant may arrange a time to pick the computer disks with genealogical information, the blank VHS tape, and the set of keys to Defendant Glen Cobb's empty Bank of America safety deposit box directly with the Internal Revenue Service. *Id.*

Accordingly,

Defendants' motion for return of property, Docket No. 156, is hereby **GRANTED**. To the extent Defendants need a contact number at the Internal Revenue Service in order to arrange a time to pick up the requested property, the United States must provide said number to Defendants' counsel no later than February 23, 2015.

IT IS SO ORDERED.

DATED: February 19, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge