AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case   (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**V.**

GLENN COBB

Case Number:  2:14-cr-00194-RFB

USM Number:  n/a

JOHN KINCHEN, ESQ., KATHLEEN BLISS, ESQ.
Defendant's Attorney

**Date of Original Judgment:** ____7/28/2015____
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☑ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant   ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

- ☑ pleaded guilty to count(s)   Two and Three of Superseding Criminal Information filed 4/20/2015.
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 3 and 1084 | Accessory after the Fact; Transmission of Gambling Information | *December 2013 | Two |
| 18 U.S.C. § 3 and 1084 | Accessory after the Fact; Transmission of Gambling Information | *December 2013 | Three |

The defendant is sentenced as provided in pages 2 through ____5____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☑ Count(s)  1- 7 of SSCCI   ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/28/2015
Date of Imposition of Judgment

Signature of Judge

RICHARD F. BOULWARE, II          U.S. District Judge
Name of Judge                    Title of Judge

1/25/2016
Date

AO 245C   (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 4 — Probation

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  GLENN COBB
CASE NUMBER:

Judgment—Page __2__ of __5__

## PROBATION

The defendant is hereby sentenced to probation for a term of:

One (1) year.

The defendant shall not commit another federal, state, or local crime.

The Defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.  Revocation is mandatory for refusal to comply.

☑ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) ~~the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;~~

8) ~~the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;~~

9) ~~the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;~~

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) ~~as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.~~

AO 245C    (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 4C — Probation

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  GLENN COBB
CASE NUMBER:

Judgment—Page __3__ of __5__

## SPECIAL CONDITIONS OF SUPERVISION

1. <u>Computer Restriction and Monitoring Condition</u> - You shall provide the probation officer with accurate information regarding your entire computer system including all related digital devices with memory and all passwords and Internet service providers. You shall allow the installation of any software/hardware on your computer. You shall abide by all of the rules of the computer restriction and monitoring programs agreement.

*2. <u>Community Service</u> - You shall complete 25 hours of community service as approved and directed by the probation department.

AO 245C   (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  GLENN COBB

CASE NUMBER:

Judgment — Page ___4___ of ___5___

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ *50.00<br>[$25.00 per count]* | $  0.00 * [Waived] | $  0.00 |

☐☐ The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**TOTALS**          $

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for       ☐ fine       ☐ restitution.

☐ the interest requirement for       ☐ fine       ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: GLENN COBB
CASE NUMBER:

Judgment — Page __5__ of __5__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☑ Lump sum payment of $ *50.00_____ due immediately, balance due.

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**  ☐ Payment to begin immediately (may be combined with   ☐ C,     ☐ D, or   ☐ F below); or

**C**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

Glenn Cobb, Joint and severally with co-defendants Charles Cobb, An na Cobb, Monica Namnard , and Lycurr, LLC, corporate co-defendant , in the amount of $4,223,990.00.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

1
2
3
4
5

6                     **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9                     Plaintiff,           )
                                           )
10          v.                             )    2:14-CR-194-RFB-(NJK)
                                           )
11  GLEN COBB,                             )
                                           )
12                    Defendant.           )

13                  **FINAL ORDER OF FORFEITURE**

14          The United States District Court for the District of Nevada entered a Preliminary Order of

15  Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section

16  981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by

17  defendant GLEN COBB to the criminal offenses, forfeiting the property set forth in the Plea

18  Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the

19  United States to have the requisite nexus to the offenses to which defendant GLEN COBB pled guilty.

20  Superseding Criminal Information, ECF No. 206; Plea Agreement, ECF No. 212; Change of Plea,

21  ECF No. 223; Preliminary Order of Forfeiture, ECF No. 226.

22          This Court finds the United States of America published the notice of forfeiture in accordance

23  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24  from May 1, 2015, through May 30, 2015, notifying all potential third parties; and notified known

25  third parties by personal service or by regular mail and certified mail return receipt requested, of their

26  right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 236.

1     On June 25, 2015, the United States Attorney's Office served Chaluay Namnard, 8365

2   Bomberos Court, Las Vegas, Nevada, with copies of the Preliminary Order of Forfeiture and the

3   Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process

4   – Mailing, ECF No. 237.

5     On June 25, 2015, the United States Attorney's Office served Chaluay Namnard, 8385

6   Bomberos Court, Las Vegas, Nevada, with copies of the Preliminary Order of Forfeiture and the

7   Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process

8   – Mailing, ECF No. 237.

9     This Court finds no petition was filed herein by or on behalf of any person or entity and the

10   time for filing such petitions and claims has expired.

11     This Court finds no petitions are pending with regard to the assets named herein and the time

12   for presenting such petitions has expired.

13     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

14   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

15   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

16   32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code,

17   Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of

18   according to law:

19     $4,223,990 in United States Currency.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

21   including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

22   income derived as a result of the United States of America's management of any property forfeited

23   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

24   / / /

25   / / /

26   / / /

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 28 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

3